IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RODERICK GREGORY,
    Plaintiff,

VS.

HEARING EXAMINER FREDDY NUNEZ
C.O. MYERS
C.O. PATRICK
C.O. YEAGER
SCOTT KLINEFELTER
ZACHARY J. MOSLAK
RICHARD A. MOONEY
    Defendant(s).

CIVIL ACTION NO. 3:23cv137
Cat #4 No Fee/No IF
15BG/DAD

HONORABLE MAGISTRATE JUDGE:

JURY TRIAL DEMANDED
YES ☒    NO ☐

RECEIVED
JUN 2 3 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

---

ORIGINAL COMPLAINT.

I.) JURISDICTION & VENUE.

1.) This is a civil action authorized by 42 U.S.C. §1983, 1985, and 1986 to redress the deprivation under the color of state law, of rights secured by The United State Constitution, and secured by Acts of Congress. This Court has jurisdiction under 28 U.S.C. §1331 and 1343 [a], [3], [4]. Plaintiff Mr. Gregory is claiming a violation of his 14th Amendment (due-process) right was violated.

2.) The WESTERN DISTRICT OF PENNSYLVANIA is the appropriate Venue pursuant to 28 U.S.C. §1391(b), because the events and omissions giving rise to this action occurred within The State Correctional Institution at Houtzdale (SCI-Houtzdale)

(1)

Located in Houtzdale, Pennsylvania 16698. Within The Western District of Pennsylvania.

## II. PLAINTIFF.

3.) Plaintiff, <u>Roderick Gregory</u>, ("hereinafter") Mr. Gregory was confined at SCI-Houtzdale during the events described herein occurred, Mr. Gregory at the time of this filing remains confined within The Pennsylvania Department of Corrections at SCI-Houtzdale, under their care, custody, and control Located at 209 Institution Drive, Houtzdale, Pennsylvania 16698-1000.

## III. DEFENDANTS.

4.) Defendant, <u>Scott Klinefelter</u>, is the Corrections Superintendent employed by The Pennsylvania Department of Corrections, who's responsible for the Care, custody, and control, of "ALL INMATES" including Plaintiff Mr. Gregory, Scott Klinefelter was at all relevant times hereto was acting under the color of state law, and he's being sued in his (Individual / official capacity).

5.) Defendant, <u>Zachary J. Moslak</u>, is a chief Hearing Examiner at central office, employed by The Pennsylvania Department of Corrections, who's responsible for Reviewing, and Adjudicating Inmates misconduct Appeals, he at all times relevant hereto was acting under The color of state law, and he's being sued in his (Individual / official capacity).

6.) Defendant, <u>Freddy Nunez</u>, is a Hearing Examiner, at SCI-Pine Grove, who hears and adjudicate "ALL INMATES" misconducts at SCI-Houtzdale over video Conference, he at all times relevant hereto was acting under the color of state law, he's being sued in his (Individual / official capacity).

(2)

7.) Defendant, <u>Richard A. Mooney</u>, is a Security Intelligence Captain / C/O4, employed by The Pennsylvania Department of Corrections at (SCI-HOUTZDALE), he's responsible for the care, custody, and control, and ensuring anything as far as contraband that is allegedly confiscated, an Inmate is to recieve notification via Confiscation Reciept "aka" C.I.R., he at all times relevant hereto was acting under The color of state Law, he's being sued in his (Individual / official Capacity).

8.) Defendant, <u>Patrick</u>, is a Corrections officer 1 employed by the Pennsylvania Department of Corrections at (SCI-Houtzdale), who's responsible for searchs of Inmates Cells, Including MR. Gregory's, he at all times relevant hereto was acting under the color of state law, he's being sued in his (Individual / official Capacity).

9.) Defendant, <u>YEAGER</u>, is a Corrections officer 1 employed by the Pennsylvania Department of Corrections at (SCI-HOUTZDALE), who's responsible for searchs of Inmates cells, Including Mr. Gregory, he at all times relevant hereto was acting under the color of State Law, he's being sued in his (Individual / official Capacity).

10.) Defendant, <u>MYERS</u>, is a Corrections officer 1 employed by The Pennsylvania Department of Corrections at (SCI-Houtzdale) who's responsibility is To Escort "ALL INMATES" to hearings, and submit witness request, and To produce witnesse(s) requested for by Inmates, he at all times relevant hereto was acting under color of state law, he's being sued in his (Individual / official Capacity).

## IV. FACTS.

11.) On <u>March 28, 2023</u> at approximately 5:17pm C.O. 1 Patrick, and C.O. 1 YEAGER was conducting a cell search of Delta Bravo

(3)

21 cell (DB-21 cell), upon C.O. Patrick, and C.O. Yeager, conducting said search.

12.) The aforesaid C.O.'s found paper with Text Messageing on it.

13.) Furthermore, while continuing to conduct this cell search, I was questioned by C.O.1 Patrick "Is this your paper's, that I found in your sweatpants?"

14.) I responded ; "No those are not my sweatpants, Nor is that paper that you found mine !.."

15.) My cellmate Albert Harris #LZ-3915, then stated ; "No those paper's are not his, their mine !."

16.) Upon further cell search of DB-21 cell, which housed myself, and my cellie Albert Harris #LZ-3915.

17.) C.O.1 Patrick then found another piece of paper with the same text messaging writing as the same found in my cellies sweatpants, on top of my cellies Legal Box.

18.) C.O.1 Patrick and Yeager questioned me if ;"that's your Legal Box Gregory?"

19.) I then responded ; "No sir it is not !.", my cellmate then responded without being questioned ; "No that's not his Legal box or his Paper that was on top of the Legal Box, that's mine!"

20.) After completion of the Investigative cell search, C.O.1 Patrick, and C.O.1 Yeager, then asked my cellie ;"Come down to the officer's desk to get your confiscation Reciept for these (2) paper's !!."

21.) ₤ Plaintiff, Roderick Gregory, was never given "ANY" confiscation Reciept for ANY Paper's that was taken on March 22, 2023.

22.) Furthermore, I was given a DC-141 Misconduct For allegedly being in Possession of a controlled Dangerous Substance on April 19, 2023.

[4]

23.) Furthermore, I was "granted" Parole the very next day after being served with the DC-141 Misconduct on April 20, 2023.

24.) I was seen for my misconduct on April 21, 2023 in which misconduct # D734845 was "Dismissed Without Prejudice" due to "No Confiscation Reciept" attached with this Misconduct.

25.) Furthermore, this misconduct was written the 1st time, due to Lab Results coming back "Positive" for "synthetic cannabinoid".

26.) Furthermore, C.O. 1. Yeager wasn't initially a witness on the 1st written Misconduct by C.O. 1. Patrick, misconduct # D734845.

27.) Moreover, C.O. 1 Patrick Re-Wrote Misconduct # D734845, to which will now be referred to as Misconduct # D810282.

28.) However, this misconduct # D810282 was still submitted with "No proof" that the alleged Drugs was confiscated from Plaintiff, more specifically, as the same reason why misconduct # D734845 was "Dismissed Without Prejudice".

29.) Furthermore, Misconduct # D810282 was again submitted without a Confiscation Reciept, & Lacking proof that any alleged Drug was confiscated from Plaintiff. In violation of Plaintiff's 14th Amendment.

30.) Furthermore, In reviewing, misconduct Number's D734845, and D810282, it was discovered that No C.I.R. Number's were at the end of the report, and C.O. 1. Patrick changed his version of the events that allegedly occured, which violates Pennsylvania Department of Corrections Policy DC ADM 801, and is furthermore "omimitted" as an "Inconsistency" of his statement.

31.) After being served with the "Re-Written" Misconduct, misconduct # 810282 on April 22, 2023 at approximately 11:40pm.

32.) I submitted an Inmate Written statement, along with a witness statement at the bottom, from my cellie Albert Harris # LZ-3915.

(5)

33.) I went to my Hearing on April 27, 2023 at approximately 1047am, I plead Not Guilty, and Requested a "Continuance", due to wanting to have my witness called, so that he may Attest, and show Proof that he was given a "CONFISCATION RECIEPT." For the alleged Drugs.

34.) However, Hearing Examiner Freddy Nunez, and Escorting Hearing officer Meyer's, denied me the right to have any witness present or heard. In violation of my 14th Amendment (due-process).

35.) Furthermore, Freddy Nunez made an Impartial and Biased adjudication of Guilty upon me, because, there was clearly "No Evidence" or even "Preponderance of Evidence" to exist to adjudicate me to be guilty.

36.) The failure of Hearing Examiner Freddy Nunez to Examine or call any witness upon my Request Resulted in himself and Escorting officer Meyer's to constitute a violation of my 14th Amendment (due-process).

37.) Furthermore, when I brought these violations to Superintendent Scott Klinefelter via "Request To staff Member", he stamped the Request Slip, showing it was Recieved by his office, but he did not provide a response, nor did he sign it.

38.) Furthermore, when I appealed the violations of 14th Amendment (due-process) to The Superintendent Scott Klinefelter, and Chief Hearing Examiner Zachary Moslak, despite the Record showing or Refuting my constitutional Rights being violated, and with "Personal Knowledge" of said violations, Klinefelter, and Moslak continued to "acquiese" in the aforesaid misconduct incident, by not correcting the violations.

(6)

39.) Because of Defendants, Patrick, Yeager, Meyers, Mooney, Moslak, Nunez, and Klinefelters, unjust acts, Plaintiff suffers from mental anguish, PTSD, intentional infliction of emotional distress,

40.) Because of the aforesaid Defendants in paragraph 39 plaintiff has lost Time at Liberty, for something that had nothing to do with him.

41.) Because of all the aforesaid Defendants evil motive, and evil intent, plaintiff has suffered injury, due to the deprivation of his 14th Amendment (due-process).

42.) ALL Defendants, Patrick, Yeager, Meyers, Mooney, Moslak, Nunez, and Klinefelter, all had "PERSONAL KNOWLEDGE" of the aforesaid misconduct incidents, and "ACQUIESED" in the aforesaid misconduct incidents.

## CLAIMS FOR RELIEF

**COUNT 1: 14th Amendment (Due-Process violation)**

42.) Defendants, Freddy Nunez, Scott Klinefelter, Zachary Moslak, Richard A. Mooney, Meyers, Patrick, and Yeager, all "aided and abetted" in collectively depriving plaintiff of his 14th Amendment, by not issueing or assuring he was issued a Confiscation Reciept, to assure he was in Possession of any Alleged Drug, and by failing to Allow Plaintiff to be allowed to call Witnesse(s) at his request, that had evidence to prove his Innocence, has constituted the aforesaid Defendants to violate Plaintiff Mr. Gregory 14th Amendment (Due-Process) protected by The United States Constitution and secured by Acts of Congress.

43.) Plaintiff re-alleges and incorporates paragraphs 1-42 herein by reference.

(7)

## REQUESTED RELIEF.

WHEREFORE, plaintiff respectfully requests this court to grant him the following relief;

44.) PUNITIVE DAMAGES: $ 1,500.00 (JOINTLY AND SEVERALLY);

45.) NOMINAL DAMAGES;

46.) Declaratory Relief: That all Defendants named herein were wrong, and to "OVERTURN" the Revocation of my Granted Parole;

47.) Injunctive Relief: staff to wear BODY CAMERAS at "ALL TIMES", OVERTURN my Revoked Parole that was granted in April 20, 2023;

48.) Preserve and Produce CIR from my cellmate Albert Harris #LZ 3915;

49.) Defendants to pay full filing fee;

50.) Attorney fee's and costs "IF ANY";

51.) Additional Relief this Court Deems just and Proper;

52.) A JURY TRIAL TRIABLE BY JURY ON THIS MATTER.

RESPECTFULLY SUBMITTED,

/s/ *Mr. Roderick Gregory* (PRO-SE)

Roderick Gregory #NR-0695
SCI-HOUTZDALE
P.O. Box: 1000
209 Institution Drive
Houtzdale, Pennsylvania 16698-1000

DATE: JUNE 16, 2023